**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
CALVIN KWON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN KWON,<br><br>        Plaintiff,<br><br>  vs.<br><br>LUCKY OIL COMPANY, INC. D/B/A MOBIL; TAG MAHMOUD RADWAN; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 8:20-cv-01977-CJC (JDEx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that CALVIN KWON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

      (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1

                (i)     A notice of dismissal before the opposing party serves either an

2

                    answer or a motion for summary judgment.

3

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4

summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5

Court.

6

7

DATED:  November 24, 2020   SO. CAL. EQUAL ACCESS GROUP

8

9

                            By:    */s/   Jason J. Kim*

10

                                   Jason J. Kim, Esq.

                                   Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**